■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WILLIAMS, Appellant. [848 NYS2d 540]—Appeal by the defendant from an order of the Supreme Court, Kings County (Silverman, J.), entered April 28, 2003, which, without a hearing, inter alia, denied his motion pursuant to CPL 440.30 (1-a) for forensic DNA testing of certain evidence recovered by the police.

Ordered that the order is affirmed.

The Supreme Court properly denied the defendant's motion pursuant to CPL 440.30 (1-a) for DNA testing of evidence. The defendant failed to allege any facts demonstrating that, if DNA test results had been admitted at the trial resulting in the judgment, there exists a reasonable probability that the verdict would have been more favorable to him (*see People v West*, 41 AD3d 884 [2007]; *People v Simpson*, 35 AD3d 901 [2006]; *People*

*v Mixon*, 30 AD3d 1103 [2006]). Mastro, J.P., Covello, Angiolillo and Carni, JJ., concur.